IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE T. TAYLOR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE KRAMMER, AND PETER ALDERS,<br><br>　　　　　　Defendants. | Case No.: 13-cv-4531 JSC<br><br>**ORDER RE: IN FORMA PAUPERIS APPLICATION AND TO SHOW CAUSE** |

　　　　Plaintiff Tyrone Taylor removed this civil action from the Alameda County Superior Court on October 1, 2013 asserting federal diversity and subject matter jurisdiction. (Dkt. No. 1.)  Plaintiff filed an application to proceed in forma pauperis ("IFP") with the notice of removal. (Dkt. No. 2) The Court has reviewed the IFP Application and finds that Plaintiff qualifies. Therefore, the IFP Application is GRANTED.

　　　　On October 24, 2013, Defendants filed a motion to remand the action to state court contesting federal subject matter jurisdiction. (Dkt. No. 8.)  Plaintiff's opposition to the motion was due November 7, 2013. To date, Plaintiff has failed to file a response to the motion as required by Local Rule 7-3 or communicate with the Court in any way. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE regarding his failure to respond to the remand motion by December 2, 2013. In addition, Plaintiff must simultaneously (1) submit his opposition to the motion or (2) file a statement of non-opposition to the motion as

required by Civil Local Rule 7-3(b). Failure to respond to this Order may result in the remand of the action to state court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: November 15, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE